
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 1 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Aguilar, Rigoberto DEFENDANT(S). | CASE NUMBER SACR11-148-19 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Thursday 7/14/11___, at ___10:00___ ☒ a.m. / ☐ p.m. before the Honorable ___Robert N Block___, in Courtroom ___9C___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___7/13/11___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge